IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARDELI BEAULIEU,
    Plaintiff,

v.                            Case No. 3:07cv30/RV/EMT

THE BOARD OF TRUSTEE OF THE
UNIVERSITY OF WEST FLORIDA,
    Defendant.
_____/

**O R D E R**

This cause is before the court upon Defendant's Emergency Motion to Quash Subpoena and for Protective Order (Doc. 38).  Before the court rules on this matter, Plaintiff shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Plaintiff shall respond to Defendant's motion on or before **WEDNESDAY, JULY 11, 2007**.

**DONE AND ORDERED** this 2nd day of July 2007.

                        /s/ *Elizabeth M. Timothy*
                        **ELIZABETH M. TIMOTHY**
                        **UNITED STATES MAGISTRATE JUDGE**