IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARDELI BEAULIEU,
    Plaintiff,

v.                                     Case No. 3:07cv30/RV/EMT

THE BOARD OF TRUSTEE OF THE
UNIVERSITY OF WEST FLORIDA,
    Defendant.
_____/

## ORDER

       This cause is before the court upon Plaintiff's Motion to Amend Final Scheduling Order and Request for Jury Trial (Doc. 50).  Before the court rules on this matter, Defendant shall have an opportunity to respond.

       Accordingly, it is **ORDERED**:

       Defendant shall respond to Plaintiff's motion on or before **MONDAY, SEPTEMBER 10, 2007**.

       **DONE AND ORDERED** this 31st day of August 2007.


                                  /s/ *Elizabeth M. Timothy*
                                  **ELIZABETH M. TIMOTHY**
                                  **UNITED STATES MAGISTRATE JUDGE**